

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00044-CR

| | | |
|---|---|---|
| RICKY DARRELL LOVE, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1492187D) |
| V. | § | May 23, 2019 |
| | § | Opinion by Justice Pittman |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments for counts two, three, and four. The judgments for Appellant Ricky Darrell Love's convictions for burglary in counts two, three, and four are vacated. It is ordered that the judgment of the trial court in count one is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman